BRIDGET LYDON, as Administratrix of the Estate of MICHAEL LYDON, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Lydon* v. *N. Y. C. & H. R. R. R. Co.*, 108 App. Div. 858, affirmed.
(Argued April 26, 1906; decided May 15, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 21, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the alleged negligent killing of the plaintiff's intestate.

*Le Roy B. Williams* for appellant.

*William S. Jenney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY, J.

---

CHARLES M. PRESTON, as Receiver of NEW YORK BUILDING-LOAN BANKING COMPANY, Respondent, *v.* CHARLES G. REINHART et al., Appellants.

*Preston* v. *Reinhart*, 109 App. Div. 781, affirmed.
(Argued April 26, 1906; decided May 15, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1906, which affirmed a judgment of Special Term in an action for the foreclosure of a mortgage.

*William H. Hamilton* for appellants.

*Charles W. Dayton* and *Joseph E. Bullen* for respondent.

Judgment affirmed, with costs, on opinion in *Preston* v. *Rockey* (185 N. Y. 186).
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.